THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAYWOOD WOODS, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MITCHELL, Appellant, v. J. LELAND CASSCLES, as Superintendent. Ossining, New York, Respondent.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.